

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00632-CV

**IN RE WILLIAMSBURG CARE COMPANY, L.P.**
d/b/a Princeton Place Rehabilitation and Healthcare

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  September 17, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On September 5, 2014, relator filed a petition for writ of mandamus and motion to stay the trial court's proceedings. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the portion of the motion to stay previously held in abeyance are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-05792, styled *Alejandra Quintanilla, Individually, and as Representative of the Estate of Erminio Rangel, Deceased; Guadalupe Rangel, Individually; Ramona Rangel, Individually; Carmen Rangel, Individually; Maria Hernandez, Individually; Erminio Rangel Jr., Individually; Francisca Rangel Lopez, Individually; and Maria R. Gonzalez, Individually v. Williamsburg Care Company, LP d/b/a Princeton Place Rehabilitation and Healthcare; Michael S. Dugo, M.D.; and Lino Ramos, M.D.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales and the Honorable Barbara Hanson Nellermoe, presiding.